SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2004

at ___ o'clock and 40 min P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. **CR04-00409 HG** |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. Sections 860(a), 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C)] |
| CARLOS ANTONIO HARRIS,<br>  aka "Carlos Anthony Harris,"<br>  aka "Mugsy," (01)<br>TERRANCE KEMPER,<br>  aka "T," (02)<br>ERNEST RIVERA, (03) | |
| Defendants. | |

INDICTMENT

COUNT 1

From a time unknown up through and including on or about September 8, 2004, in the District of Hawaii, Defendants CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris",

SEALED BY ORDER OF THE COURT

also known as "Mugsy", TERRANCE KEMPER, also known as "T", and ERNEST RIVERA, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 5 grams or more of a mixture or substance which contains cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(B).

### The Manner and Means of the Conspiracy

1. It was a part of the conspiracy that Defendants CARLOS ANTONIO HARRIS and TERRANCE KEMPER distributed quantities of cocaine base to other individuals at the Lion's Denin, in Honolulu, Hawaii.

2. It was also a part of the conspiracy that Defendant ERNEST RIVERA provided security at the Lion's Denin, in Honolulu, Hawaii.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

### COUNT 2

The Grand Jury further charges that:

On or about July 9, 2003, in the District of Hawaii, Defendants CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris", also known as "Mugsy", and TERRANCE KEMPER, also known as "T", knowingly and intentionally distributed approximately .419 grams of a mixture or substance which contains cocaine base,

a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges that:

On or about September 15, 2003, in the District of Hawaii, Defendant TERRANCE KEMPER, also known as "T", knowingly and intentionally distributed approximately .103 grams of a mixture or substance which contains cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C).

## COUNT 4

The Grand Jury further charges that:

On or about December 17, 2003, in the District of Hawaii, Defendant CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris", also known as "Mugsy", did knowingly and intentionally distribute approximately .618 grams of a mixture or substance which contains cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841 (b)(1)(C).

## COUNT 5

The Grand Jury further charges that:

On or about December 29, 2003, in the District of Hawaii, Defendant CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris", also known as "Mugsy", knowingly and intentionally distributed approximately .542 grams of a mixture or substance which contains cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860(a), 841 (a)(1), and 841 (b)(1)(C).

## COUNT 6

The Grand Jury further charges that:

On or about January 26, 2004, in the District of Hawaii, Defendant CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris", also known as "Mugsy", knowingly and intentionally distributed approximately 2.078 grams of a mixture or substance which contains cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860(a), 841 (a)(1) and 841 (b)(1)(C).

## COUNT 7

The Grand Jury further charges that:

On or about February 13, 2004, in the District of Hawaii, Defendant CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris", also known as "Mugsy", knowingly and intentionally distributed a mixture or substance which contains cocaine base, approximately 3.277 grams, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860 (a), 841(a)(1) and 841(b)(1)(C).

## COUNT 8

The Grand Jury further charges that:

On or about June 15, 2004, in the District of Hawaii, Defendant TERRANCE KEMPER, also known as "T", knowingly and intentionally distributed approximately .687 grams of a mixture or substance which contains cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

COUNT 9

The Grand Jury further charges that:

On or about June 15, 2004, in the District of Hawaii, Defendant CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris", also known as "Mugsy", knowingly and intentionally distributed approximately 7.505 grams of a mixture or substance which contains cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 10

The Grand Jury further charges that:

On or about July 9, 2004, in the District of Hawaii, Defendant TERRANCE KEMPER, also known as "T", knowingly and intentionally distributed approximately 4.469 grams of a mixture or substance which contains cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

COUNT 11

The Grand Jury further charges that:

On or about July 23, 2004, in the District of Hawaii, Defendant TERRANCE KEMPER, also known as "T", knowingly and intentionally distributed approximately 6.094 grams of a mixture

or substance which contains cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 12

The Grand Jury further charges that:

On or about September 8, 2004, in the District of Hawaii, Defendant CARLOS ANTONIO HARRIS, also known as "Carlos Anthony Harris", also known as "Mugsy", knowingly and intentionally distributed approximately 11.83 grams of a mixture or substance which contains cocaine base, a Schedule II

//
//
//
//
//
//
//
//
//
//
//
//
//

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: OCT 2 0 2004 _____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. Carlos Antonio Harris, et. al
"Indictment"
Cr. No. _____